UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS L. ELAM,

    Petitioner/Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

Case No. 05-cv-4185
Crim. No. 03-cr-40079

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This matter having come before the Court on petitioner's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence, and the Court having granted petition's motion to withdraw,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, without costs.

DATED: April 11, 2007.

**NORBERT G. JAWORSKI, CLERK**

s/Brenda K. Lowe
**Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **U.S. District Judge**